In the United States District Court
For the Western District of Pennsylvania

United States of America

Vs.

Lynne Lamar (Thompson)

CR-02-268

Judge:
D. Ambrose
[Under-Seal]
Ex-Parte

A.U.S.A.
Brendan Conway

## Order of Court

And Now To wit on 22nd Day of Sept. 2006. Upon Consideration of the within Motion for Reversible Error's Due To Evidence of Actual Innocence; It is Hereby Ordered; Adjudged; Decreeded; that it is ~~Hereby~~ Denied

By The Court:

Donetta F. Ambrose